**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMMVAULT SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-524-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| RUBRIK INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| COMMVAULT SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-525-MN |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| COHESITY INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the parties' Scheduling Orders (C.A. No. 20-524, D.I. 46; C.A. No. 20-525,

D.I. 42), the parties submit the below Joint Claim Construction Chart.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Valerie A. Caras (#6608)
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
caras@rlf.com

OF COUNSEL:
Raymond N. Nimrod
Richard Erwine
Alexander Rudis
Ron Hagiz
Cary E. Adickman
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, NY 10010
(212) 849-7000

Jeffrey S. Gerchick
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

David A. Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400

Steven Cherny
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100

*Attorneys for Plaintiff Commvault Systems,
Inc.*

/s/ David E. Moore
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

Ryan Iwahashi
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304

Christine Ranney
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202

Jaysen S. Chung
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

Jordan Bekier
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90017

Brian Rosenthal
Josh Krevitt
Katherine Dominguez
Allen Kathir
Kyanna Sabanoglu
Paul E. Torchia
Florina Yezril
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*Attorneys for Defendant Rubrik, Inc.*

*/s/ Pilar G. Kraman*
Pilar G. Kraman (#5199)
Beth A. Swadley (#6331)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
bswadley@ycst.com

Michael Lavine
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Rita J. Yoon
William E. Devitt
Jones Day
77 West Wacker Drive
Chicago, IL 60601

Michael Hendershot
Evan McLean
Nathanael Andrews
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303

Sanjiv P. Laud
Jones Day
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402

John C. Evans
David B. Cochran
Robert Breetz
901 Lakeside Avenue
Cleveland, OH 44114

*Attorneys for Defendant Cohesity Inc.*

| Patent | Asserted Claims-Term/Phrase | Commvault Proposed Construction | Commvault's Intrinsic Evidence | Defendants' Proposed Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| '671 | "metabase" (claims 1, 4, 8, 15, 19) | "database that contains metadata" | 5:57-6:7, 7:16-45, 7:63-8:17, 8:29-32, 9:26-40, 9:53-67, 10:21-28, 11:9-29, 11:41-55, 12:63-13:14, 21:61-22:32, Figs. 1-5, 7-10, 13, 15 | "metadata database" | '671 Patent at 5:47-6:17, 7:1-5, 7:43-47, 7:51-53, 7:55-57, 7:63-8:17, 8:29-32, 8:38-40, 9:26-35, 9:53-67, 11:20-29, 13:4-5, 14:58-62, 15:19-25, 16:28-44, 33:51-56, Figs. 1-15, 17. |
| '671 | "analyzing a first metabase to identify data objects in a first data store associated with the first metabase that satisfy a selection criteria" (claim 1) "analyzing a primary metabase to determine data objects stored within a primary data store satisfying a data object query" (claim 15) | "analyzing metadata in the first metabase to select a subset of data objects in a first data store associated with the first metabase that satisfy a selection criteria" (claim 1) "analyzing metadata in the primary metabase to select a subset of data objects in a primary data store that satisfy a data object query" (claim 15) | 14:58-15:31, 18:50-19:59, 28:54-29:10, 35:39-36:34, Figs. 6, 11, 14, 17, 19, 20 | No construction necessary | |

| | | | | |
|---|---|---|---|---|
| '671 | "primary"<br><br>(claim 15, 19) | Plain and ordinary meaning | 2:24-34, 3:6-46, 10:1-13, 14:28-40, 24:35-57, 27:64-28:11, 28:54-29:19, 29:39-51, 31:1-14, 34:14-59, Figs. 15, 17, 19, 20 | "production or live"[1] | '671 Patent at 2:17-23, 2:24-67, 3:21-46, 4:16-21, 10:1-7, 23:37-44, 27:64-28:2, 28:20-30, 29:11-19, 34:14-59, 36:35-47, Figs. 15, 17, 19, 20, cl. 1. |
| '671 | "identifying a secondary data store based on metadata stored within a secondary metabase" | "Identifying a secondary data store using metadata stored within a secondary metabase" | 23:37-24:5, 30:44-34:13 | No construction necessary. | |
| '533 | '533 patent, claims 1, 7, 9 | Preamble is not limiting | | Preamble is limiting. | '533 Patent at Cls. 1, 7, 9; U.S. Patent No. 7,539,707 at Cl. 1 |
| '533 | "information store"<br><br>(claims 1, 7, 9) | Plain and ordinary meaning | 1:56-2:15, 3:41-67, 5:26-45, 8:4-48, | "primary storage" | '533 Patent at 6:30-3; 7:51-54; 7:62-66, Fig. 2. |
| '533 | "the tracked changes to the data associated with the first snapshot" | "the changed data associated with the first snapshot" | Fig. 3 (steps 316, 318), 9:49-67<br><br>App. No. 10/990,353 File History, August 21, 2008 Amendment and Remarks, at 6-7 | "a record of the changes to the data associated with the first snapshot that were tracked during step 1[d]/7[f]/9[d]" | '533 Patent at 4:16-19; 4:28-31; 4:35-37; 8:13-23; 8:49-56; 8:61-9:2; 9:2-12; 9:21-10:29; 10:34-40; 11:20-14:32; Figs. 2, 3, 4.<br><br>IPR2021-00590 Paper 6 at 4-15. |

---

[1]     This construction is being offered on behalf of Cohesity only.

| | | | | IPR2021-00590 Paper 6 at 29-35. |
|---|---|---|---|---|
| '533 | "copying to the second storage medium the tracked changes to the data associated with the first snapshot, wherein the copying comprises using the second snapshot to identify a location in the information store of the changes to the data associated with the first snapshot"<br><br>(claims 1, 7, 9) | Commvault construes "using the second snapshot…" to mean "using information stored in the second snapshot to identify a location in the information store of the changes to the data associated with the first snapshot" and contends the rest of the term needs no construction | Fig. 3 (steps 314, 316, 318), Fig. 4, 4:35-40, 8:4-9:40, 9:49-67 | "copying to the second storage medium a record of the changes to the data associated with the first snapshot that were tracked during step 1[d]/7[f]/9[d], wherein the copying includes using the second snapshot to identify the physical locations of those changes in the information store" | '533 Patent at 4:16-19; 4:28-31; 4:35-37; 6:7-33; 8:13-23; 8:49-56; 8:61-9:2; 9:2-12; 9:21-10:29; 10:34-40; 11:20-14:32; Figs. 2, 3, 4.<br><br>IPR2021-00590 Paper 6 at 4-15.<br><br>IPR2021-00590 Paper 6 at 29-35. |
| '533 | "means for performing a first snapshot of data in the information store at a first time"<br><br>(claim 7) | This term is subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "performing a first snapshot of data in the information store at a first time"<br><br>Structure: data agent 95 as described at 5:26-30, 5:32-35, 5:49-56, 8:13-22, 8:53-56, and Fig. 3 step 300; and equivalents | 5:26-30, 5:32-35, 5:49-56, 8:13-22, 8:53-56, Fig. 2, Fig. 3 step 300 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: "performing a first snapshot of data in the information store at a first time"<br><br>**Structure**: data agent 95 and one or more media agents 105 as described at 5:26–30; 5:32–35; 8:15–22; and 8:53–56 | '533 Patent at 5:26-6:7; 5:32–35; 8:13–22; 8:52–56; Fig. 2. |

| '533 | "means for selecting the first storage medium for storage of the data associated with the first snapshot" (claim 7) | This term is subject to 35 U.S.C. § 112, ¶ 6 Function: "selecting the first storage medium for storage of the data associated with the first snapshot" Structure: media agent 105 as described at 5:49-56, 6:22–30, 7:5-13, 8:28-41, and Fig. 3 step 302; and equivalents | 5:49-56, 6:22–30, 7:5-13, 8:28-41, Fig. 2, Fig. 3 step 302 | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "selecting the first storage medium for storage of the data associated with the first snapshot" **Structure**: media agent 105 as described at 6:22–28 | '533 Patent at 6:22-28; 8:28-41, Fig. 2. |
| '533 | "means for copying the data associated with the first snapshot to the first storage medium, wherein the first storage medium is different from the information store" (claim 7) | This term is subject to 35 U.S.C. § 112, ¶ 6 Function: "copying the data associated with the first snapshot to the first storage medium, wherein the first storage medium is different from the information store" Structure: media agent 105 as described at 5:49-56, 6:7-21, 8:24-28, 8:41-43, and Fig. 3 step 304; and equivalents | 5:49-56, 6:7-21, 8:24-28, 8:41-43, Fig. 2, Fig. 3 step 304 | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "copying the data associated with the first snapshot to the first storage medium, wherein the first storage medium is different from the information store" **Structure**: media agent 105 as described at 6:7–21 | '533 Patent at 6:7-28; 6:60-64; 8:36–38, Fig. 2. |

| | | | | | |
|---|---|---|---|---|---|
| '533 | "means for tracking changes to the data associated with the first snapshot, the changes occurring between the first time and a second time occurring after the first time"<br><br>(claim 7) | This term is subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "tracking changes to the data associated with the first snapshot, the changes occurring between the first time and a second time occurring after the first time"<br><br>Structure: 9:49-64, and Fig. 3 step 310; and equivalents | 9:49-64, Fig. 3 step 310 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: "tracking changes to the data associated with the first snapshot, the changes occurring between the first time and a second time occurring after the first time"<br><br>**Structure**: snapshot/map 350 as described at Figure 4; 3:54–55; 4:35–37; 6:21–25; 8:42–47; 8:54–56; 8:61–9:2; 9:16–20; and 9:31–40; and data agent 95 as described at 5:26–32 and 9:49–56 | '533 Patent at 3:51-55; 4:35-37; 5:26-32; 6:21-25; 8:42-9:20; 9:21-40; 9:31-64; Figs. 2-4. |
| '533 | "means for performing at least a second snapshot of the data in the information store at the second time"<br><br>(claim 7) | This term is subject to 35 U.S.C. § 112, ¶ 6<br><br>Function: "performing at least a second snapshot of the data in information store at the second time"<br><br>Structure: data agent 95 as described at 5:26-30, 5:32-35, 5:49-56, 8:13-22, 8:53- | 5:26-30, 5:32-35, 5:49-56, 8:13-22, 8:53-56, 9:41-48, Fig. 2, Fig. 3 step 306 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: "performing at least a second snapshot of the data in the information store at the second time"<br><br>**Structure**: data agent 95 and one or more media agents 105 as described at | '533 Patent at 5:26-6:7; 5:32–35; 8:13–22; 8:52–56; Fig. 2. |

5

| | | | | | |
|---|---|---|---|---|---|
| | | 56, 9:41-48, and Fig. 3 step 306; and equivalents | | 5:26–30, 5:32–35, 8:15–22; 8:53–56 | |
| '533 | "means for selecting the second storage medium for storage of the tracked changes to the data associated with the first snapshot, wherein the second storage medium is different from the information store" <br><br> (claim 7) | This term is subject to 35 U.S.C. § 112, ¶ 6 <br><br> Function: "selecting the second storage medium for storage of the tracked changes to the data associated with the first snapshot, wherein the second storage medium is different from the information store" <br><br> Structure: media agent 105 as described at 5:49-56, 6:22–30, 7:5-13, 8:28-41, 9:65-10:11, and Fig. 3 step 316; and equivalents | 5:49-56, 6:22–30, 7:5-13, 8:28-41, 9:65-10:11, Fig. 2, Fig. 3 step 316 | This term is subject to 35 U.S.C. § 112, ¶ 6. <br><br> **Function**: "selecting the second storage medium for storage of the tracked changes to the data associated with the first snapshot, wherein the second storage medium is different from the information store" <br><br> **Structure**: media agent 105 as described at 6:22–28 | '533 Patent at 6:22-28; 8:28-41; Fig. 2. |
| '533 | "means for copying to the second storage medium the tracked changes to the data associated with the first snapshot, wherein the copying comprises using the second snapshot to identify a location in the | This term is subject to 35 U.S.C. § 112, ¶ 6 <br><br> Function: "copying to the second storage medium the tracked changes to the data associated with the first snapshot, wherein the copying comprises using the second snapshot to | 5:49-56, 6:7-21, Fig. 3 step 318; Fig. 3 step 314, Fig. 4, 4:35-40, 8:43-9:40 | This term is subject to 35 U.S.C. § 112, ¶ 6. <br><br> **Function**: "copying to the second storage medium the tracked changes to the data associated with the first snapshot, wherein the copying comprises | '533 Patent at 4:16-19; 4:28-31; 4:35-37; 6:7-33; 6:60-64; 8:13-23; 8:36–41; 8:49-56; 8:61-9:2; 9:2-12; 9:21-10:29; 10:34-40; Figs. 2-4. <br><br> IPR2021-00590 Paper 6 at 4-15. |

| | information store of the changes to the data associated with the first snapshot"<br><br>(claim 7) | identify a location in the information store of the changes to the data associated with the first snapshot"<br><br>Structure: media agent 105 as described at 5:49-56, 6:7-21, and Fig. 3 step 318; and snapshot/map 350 as described at Fig. 3 step 314, Fig. 4, 4:35-40, 8:43-9:40; and equivalents | | using the second snapshot to identify a location in the information store of the changes to the data associated with the first snapshot"<br><br>**Construction of function**: copying to the second storage medium a record of the changes to the data associated with the first snapshot that were tracked during step 7[f], wherein the copying includes using the second snapshot to identify the physical locations of those changes in the information store<br><br>**Structure**: data agent 95 as described at 9:52–63; and media agent 105 as described at 6:7–21 | IPR2021-00590 Paper 6 at 29-35. |
| '728 | '728 patent, claims 1 and 16 | Preamble is not limiting | | Preamble is limiting.[2] | '728 Patent at Cls. 1, 16. |

---

[2]    The '728 patent is asserted against Rubrik only, and as such, all proposed constructions for the '728 patent terms are being offered on behalf of Rubrik only.

| '728 | "the certain access rights relate to the preexisting user's rights to access the particular production data file" (claim 1) "access rights with respect to the particular production data file" (claim 8) | Plain and Ordinary Meaning. | 1:21-2:11, 2:46-50, 3:33-4:3, 4:22-52, 5:60-6:3, 7:27-8:4, Fig. 2 | the certain access rights are properties of the production file that indicate the predetermined user's rights to read, write, modify, and/or delete that file (claim 1) properties of the production file that indicate a user's rights to read, write, modify, and/or delete that file (claim 8) | '728 Patent at 1:21-2:13, 2:46-3:31, 4:22-52, 6:32-42, 7:47-8:4, 9:12-33, Figs. 2, 5, Cls., 1, 8. IPR2021-00535, Patent Owner Preliminary Response at 3, 28-43; Ex. 2001 at 30-36. |
| '728 | "the secondary copies" (claim 1) | Not indefinite. Plain and Ordinary Meaning. | 1:44-2:11, 2:46-3:15, 3:33-4:3, 4:53-64, 6:15-55, Fig. 1, 7:47-8:4, Fig. 2, 9:11-33 | Indefinite | '728 Patent at Cl. 1. |
| '728 | "wherein the certain access rights determine which copies of source data stored in multiple copies a user within a group can access" (claim 1) "wherein the at least one privilege for performing storage management | Plain and Ordinary Meaning. | 1:7-17, 3:44-54, 7:38-8:4, Fig. 2, Prov. Appl. No. 60/852,584 at ¶ 10 and Exhibit A at ¶¶ 15, 22, 31, 40 | Wherein the certain access rights determine which backup copies of multiple backup copies of the same source data a user within the group can access (claim 1) wherein the at least one privilege for performing storage management operations determines which backup copies of | '728 Patent at 1:21-2:13, 2:46-3:31, 8:37-9:11, Cls., 1, 16. IPR2021-00535, Patent Owner Preliminary Response at 3, 28-43; Ex. 2001 at 30-36. |

| | | | | multiple backup copies of the same source data can be accessed by the new security entity<br><br>(claim 8)<br><br>Wherein the access rights to perform a storage operation determine which backup copies of multiple backup copies of the same source data a storage management user can access<br><br>(claim 16) | |
| operations determines which copies of source data stored in multiple copies can be accessed by the new security entity"<br><br>(claim 8)<br><br>"wherein the access rights to perform a storage operation determine which copies of source data stored in multiple copies a storage management user can access"<br><br>(claim 16) | | | | | |
| '728 | "querying of the security infrastructure has been performed to determine that the selected preexisting security entity has sufficient access rights with respect to the particular production data file to perform the requested data management operation" | Not indefinite.<br><br>Plain and Ordinary Meaning. | 2:45-3:15, 4:65-6:3, 6:15-31, Fig. 1, 7:47-8:36, Figs. 2-3 | Indefinite | '728 Patent at 1:21-2:13, 8:37-9:11, Cl. 8. |

| | | | | | |
|---|---|---|---|---|---|
| | (claim 8) | | | | |
| '728 | "the selected preexisting security entity"<br><br>(claims 8, 13) | Not indefinite.<br><br>Plain and Ordinary Meaning. | 8:37-53, Fig. 4 | Indefinite | '728 Patent at 2:46-3:31, 5:10-47, 8:37-9:11, Fig. 4, Cls. 8, 13. |
| '728 | "means for managing data storage, wherein the means for managing data storage is configured to perform storage operations on behalf of one or more storage management users, wherein some of the storage operations performed create secondary copies of data files from source production data files, and wherein the secondary copies are useable to restore production data from which the secondary copies are created and are not actively used by a live data server or other computer | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** "managing data storage"<br><br>**Structure:** '728 Patent at 1:51-62, 3:37-39, 7:38-8:4, Fig. 2, and structural equivalents thereof. | 1:44-2:11, 2:46-3:15, 3:33-4:64, 5:10-47, 6:15-55, Fig. 1, 7:38-8:36, Figs. 2-3, 9:11-33 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: Managing data storage and performing storage operations on behalf of one or more storage management users, wherein some of the storage operations performed create secondary copies of data files from source production data files, and wherein the secondary copies are useable to restore production data from which the secondary copies are created and are not actively used by a live data server or other computer system | '728 Patent at 1:21-2:13, 2:46-3:31, 5:10-47, 6:32-42, 8:37-9:11, Figs. 1, 4, 5. |

| | | | | |
|---|---|---|---|---|
| | system" (claim 16) | | | **Structure:** Indefinite | |
| '728 | "means for creating storage management users based on selected external users, and for determining whether a storage management user has sufficient access rights to perform a storage operation to create a secondary copy of a data file from a particular production data file, wherein this determination is made by querying the external security component to determine one or more access rights that indicate how the particular selected external user is permitted to access the particular production data file; wherein determining whether a storage management user that was created based on a particular selected external user | This term is subject to 35 U.S.C. § 112, ¶ 6.

**Function:** "creating storage management users based on selected external users, and determining whether a storage management user has sufficient access rights to perform a storage operation to create a secondary copy of a data file from a particular production data file"

**Structure:** '728 Patent at 6:5-55, 8:37-9:33, Fig. 1, Fig. 4, Fig. 5, and structural equivalents thereof. | 1:63-11, 2:46-3:15, 3:29-38, 5:32-47, 6:5-7:6, Fig. 1, 8:37-9:33, Fig. 1, Fig. 4, Fig. 5 | This term is subject to 35 U.S.C. § 112, ¶ 6.

**Function**: creating storage management users based on selected external users, and for determining whether a storage management user has sufficient access rights to perform a storage operation to create a secondary copy of a data file from a particular production data file, wherein this determination is made by querying the external security component to determine one or more access rights that indicate how the particular selected external user is permitted to access the particular production data file; wherein determining whether a storage management user that was created based on a | '728 Patent at 1:21-2:13, 2:46-3:31, 5:10-47, 8:37-9:11, Figs. 2, 4, Cl. 16. |

| | | | | |
|---|---|---|---|---|
| has sufficient access rights to perform a storage operation includes determining one or more computers to which the particular selected external user has access, wherein the particular selected external user has sufficient access rights when the particular production data file is associated with one of the determined one or more computers; wherein creating storage management users based on selected external users includes associating one or more storage management users with a reference to one or more of the selected external users; and wherein the access rights to perform a storage operation determine which copies of source data stored in multiple copies a storage management user can access" | | | particular selected external user has sufficient access rights to perform a storage operation includes determining one or more computers to which the particular selected external user has access, wherein the particular selected external user has sufficient access rights when the particular production data file is associated with one of the determined one or more computers; wherein creating storage management users based on selected external users includes associating one or more storage management users with a reference to one or more of the selected external users; and wherein the access rights to perform a storage operation determine which copies of source data stored in multiple copies a storage management user can access, wherein this | |

| | | | | |
|---|---|---|---|---|
| | (claim 16) | | | determination is made by querying the external security component to determine one or more access rights that indicate how the particular selected external user is permitted to access the particular production data file; wherein determining whether a storage management user that was created based on a particular selected external user has sufficient access rights to perform a storage operation includes determining one or more computers to which the particular selected external user has access, wherein the particular selected external user has sufficient access rights when the particular production data file is associated with one of the determined one or more computers; wherein creating storage management users based | |

| | | | on selected external users includes associating one or more storage management users with a reference to one or more of the selected external users; and wherein the access rights to perform a storage operation determine which copies of source data stored in multiple copies a storage management user can access<br><br>**Structure:** Indefinite<br><br>Alternatively, this limitation is indefinite even if not subject to section 112, ¶ 6 | |
|---|---|---|---|---|
| '728 | "migrating a selected preexisting security entity"<br><br>(claim 8) | Plain and Ordinary Meaning. | 8:37-53, Fig. 4 | creating a copy of an entity in the security system | '728 Patent at 2:46-3:31, 5:10-47, 8:37-9:11, Fig. 4, Cl. 8. |
| '728 | "wherein providing a list of one or more preexisting security entities defined by a security infrastructure | Not indefinite.<br><br>Plain and Ordinary Meaning. | Abstract, 3:33-43, 5:10-31, Prov. Appl. No. 60/852,584 at ¶ 10 and Exhibit B at ¶¶ 16, 19, 21 | Indefinite | '728 Patent at Cls. 11, 8. |

| | | | | |
|---|---|---|---|---|
| | external to the data management system includes retrieving information from a first external security infrastructure provided by a first operating system"<br><br>(claim 11) | | | | |
| '728 | "wherein providing a list of one or more preexisting security entities defined by a security infrastructure external to the data management system further includes retrieving information from a second external security infrastructure provided by a second operating system"<br><br>(claim 12) | Not indefinite.<br><br>Plain and Ordinary Meaning. | Abstract, 3:33-43, 5:10-31, Prov. Appl. No. 60/852,584 at ¶ 10 and Exhibit B at ¶¶ 16, 19, 21 | Indefinite | '728 Patent at Cls. 12, 8. |
| '723 | '723 Patent, claims 1, 11, 16 | Preamble is not limiting | Abstract; 1:29-3:9; 3:45-4:57; 5:15-67; 6:1-15; 8:6-47; 12:6-13:39; 16:30-50; 20:10-39; 33:1-34:47; 36:1-37:59; 41:14- | Preamble is limiting | '723 Patent at Cls. 1, 11, 16. |

| | | | 42:54; 44:32-45:53; Figs. 1A, 1B, 2, 3, 14A, 14B, and accompanying disclosure | | |
| | | | | | |
| | | | Prosecution History of App. No. 14/275,381: Response to Office Action dated Aug. 19, 2016 (Nov. 21, 2016); Response to Office Action dated Feb. 23, 2017 (March 28, 2017); Notice of Allowance (April 19, 2017) | | |
| | | | | | |
| | | | Prosecution History of App. No. 12/553,294:  Reply to Office Action of April 12, 2012 (June 12, 2012); Notice of Allowance (July 10, 2012) | | |
| '723 | '723 Patent, claims 1, 11, 16 | No requirement that the each step must be performed after the previous step | Abstract; 3:45-4:57; 8:6-47; 11:22-12:39; 15:2-9; 16:30-50; 17:1-21:22; 23:41-50; 28:18-59; 33:1-34:47; 36:1-37:59; 41:14- | Each step of the claim is performed after the previous step | '723 Patent at Abstract, 1:29-3:9, 4:41-57, 11:23-13:39, 13:32-39, Fig. 3, Cls. 1, 11, 16. |

| | | | 42:54; 44:32-45:53; Figs. 1A, 1B, 2, 3-7, 10, 14A, 14B, and accompanying disclosure | | File History of the '723 Patent, August 19, 2016 Non-Final Rejection, November 21, 2016 Amendment and Applicant Remarks, February 23, 2017 Final Rejection, April 19, 2017 Notice of Allowance. |
| | | | Prosecution History of App. No. 14/275,381: Response to Office Action dated Aug. 19, 2016 (Nov. 21, 2016); Response to Office Action dated Feb. 23, 2017 (March 28, 2017); Notice of Allowance (April 19, 2017) | | |
| | | | Prosecution History of App. No. 12/553,294:  Reply to Office Action of April 12, 2012 (June 12, 2012); Notice of Allowance (July 10, 2012) | | |
| '723 | "determining whether the one or more virtual machines are managed by a virtual machine manager" | Plain and ordinary meaning | Abstract; 3:45-4:57; 8:6-47; 12:6-13:39; 16:30-50; 33:1-34:47; 36:1-37:59; 41:14-42:54; 44:32-45:53; Figs. 1A, 1B, 2, 3-7, | "determining whether or not there is a virtual machine manager managing the one or more | '723 Patent at Abstract, 1:29-3:9, 4:41-57, 11:23-13:39, 14:19-36, 17:2-22, 33:57-34:8, |

| | (claims 1, 11, 16) | | 10, 14A, 14B, and accompanying disclosure<br><br>Prosecution History of App. No. 14/275,381: Response to Office Action dated Aug. 19, 2016 (Nov. 21, 2016); Response to Office Action dated Feb. 23, 2017 (March 28, 2017); Notice of Allowance (April 19, 2017)<br><br>Prosecution History of App. No. 12/553,294:  Reply to Office Action of April 12, 2012 (June 12, 2012); Notice of Allowance (July 10, 2012) | virtual machines requested to be copied" | Fig. 3, 4, 7, Cls. 1, 11, 16.<br><br>File History of the '723 Patent, August 19, 2016 Non-Final Rejection, November 21, 2016 Amendment and Applicant Remarks, February 23, 2017 Final Rejection, April 19, 2017 Notice of Allowance. |
| '723 | "receiving a request to copy data of one or more virtual machines to a physical storage device"<br><br>(claims 1, 11, 16) | "receiving a request to copy one or more files, volumes, or virtual disks of one or more virtual machines to a physical storage device" | 3:45-4:57; 11:22-38; 17:65-21:22; 23:41-50; 33:1-34:47; 36:1-37:59; 44:32-45:53; Figs. 1A, 1B, 2, 3-7, 10, 14A, 14B, and | "receiving an indication to perform a copy operation to copy data from one or more virtual machines to a physical storage device" | '723 Patent at Abstract, 1:29-3:9, 4:41-57, 11:23-13:39, 14:19-36, 17:2-22, 33:57-34:8, Fig. 3, 4, 7, Cls. 1, 11, 16. |

| | | | accompanying disclosure | | File History of the '723 Patent, August 19, 2016 Non-Final Rejection, November 21, 2016 Amendment and Applicant Remarks, February 23, 2017 Final Rejection, April 19, 2017 Notice of Allowance. |
|---|---|---|---|---|---|
| | | | Prosecution History of App. No. 14/275,381: Response to Office Action dated Aug. 19, 2016 (Nov. 21, 2016); Response to Office Action dated Feb. 23, 2017 (March 28, 2017); Notice of Allowance (April 19, 2017) | | |
| | | | Prosecution History of App. No. 12/553,294:  Reply to Office Action of April 12, 2012 (June 12, 2012); Notice of Allowance (July 10, 2012) | | |
| '723 | "Copying the data of the virtual machine to the physical storage device" | "storing one or more secondary copies of the one or more files, volumes, or virtual disks of the one or more virtual machines to a secondary storage data store" | 3:45-4:57; 15:2-9; 17:65-21:22; 23:41-50; 33:1-33; 36:1-37:59; 44:32-45:53; Figs. 1A, 1B, 2, 3-7, 10, 14A, 14B, and accompanying disclosure | No construction necessary | |

| | | | | | |
|---|---|---|---|---|---|
| | | | Prosecution History of App. No. 14/275,381: Response to Office Action dated Aug. 19, 2016 (Nov. 21, 2016); Response to Office Action dated Feb. 23, 2017 (March 28, 2017); Notice of Allowance (April 19, 2017)<br><br>Prosecution History of App. No. 12/553,294:  Reply to Office Action of April 12, 2012 (June 12, 2012); Notice of Allowance (July 10, 2012) | | |
| '335 | '335 patent, claims 1, 9, and 15 | Preamble is not limiting. | | Preamble is limiting.[3] | '335 Patent at 5:15-31; 6:20-36; 7:52-67; 8:54-64; 8:67-9:8; Figs. 1, 2, 4; claims 1, 9, 15. |
| '335 | "wherein the access rights relate to the user's rights to access the production data | Plain and Ordinary Meaning. | 1:26-2:16, 2:51-55, 3:38-4:8, 4:27-57, | wherein the access rights relate to the user's permissions to access (*e.g.*, read, write, execute) | '335 Patent at 1:33-42; 1:51-67; 2:1-13; 4:38-53; 5:3-13; 5:37-42; 6:20-36; 6:40-47; 6:67- |

---

[3]     The '335 patent is asserted against Cohesity only, and as such, all proposed constructions for the '335 patent terms are being offered on behalf of Rubrik only.

| | | | | |
|---|---|---|---|---|
| | file"<br><br>(claims 1, 9, and 15) | | 5:65-6:8, 7:43-8:9, Fig. 2 | in the production environment the data file identified in the request | 7:11; 7:52-67; 9:17-38; Figs. 1, 2, 5.<br><br>IPR2021-00535, Paper 7, at 1-3, 28-43. |
| '335 | "wherein causing the security system to be queried to determine the access rights includes determining one or more computers through which the user has access"<br><br>(claims 1, 9, and 15) | Not Indefinite.<br><br>Plain and Ordinary Meaning. | 2:1-16, 2:51-3:20, 3:34-43, 5:37-52, 6:61-7:11, Fig. 1 | Indefinite<br><br>Or<br><br>wherein causing the security system to be queried to determine the access rights includes determining computers in the production environment through which the user is permitted to access (*e.g.*, read, write, execute) the data file identified in the request | '335 Patent at 1:33-42; 1:51-67; 2:1-13; 4:38-53; 5:3-13; 5:37-42; 6:20-36; 6:40-47; 6:67-7:11; 7:52-67; 9:17-38; Figs. 1, 2, 5.<br><br>IPR2021-00535, Paper 7, at 1-28. |
| '335 | (1) "receiving a request from the user to perform a storage operation", (2) "causing a security system to be queried to determine access rights of the user", and (3) "causing the requested storage operation to be performed when the | Order of steps not limiting between (1) and (2), but (3) occurs after (1) and (2). | 7:43-8:9, Fig. 2, 10:6-22 | Order of steps: (1), (2), and then (3) in that order | '335 Patent at Claims 1, 9, and 15; 6:20-47; 7:52-8:9; Figs. 1, 2. |

| | | | | | |
|---|---|---|---|---|---|
| | access rights permit the user to request the requested storage operation" (claims 1, 9, and 15) | | | | |
| '335 | "The method of claim 1 wherein a user of the data management system who does not have privileges to create new users within the data management system adds the user to the created group within the data management system, and wherein the secondary storage device is external from and remote to the primary storage." (claim 2) | Not Indefinite. Plain and Ordinary Meaning. | 8:59-9:16, Fig. 4 | Indefinite | '335 Patent at Claims 1, 2. |
| '335 | "means for adding a user of the data management system to a previously created group within the data management system, wherein the group associates one or more users with at least one access right for | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "adding a user of the data management system to a previously created group within the data management system" | 5:3-36, 6:10-7:23, Fig. 1, 7:43-51, 8:42-9:16, Fig. 4 | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "adding a user of the data management system to a previously created group within the data management system, wherein the group | '335 Patent at 5:15-31; 6:61-7:16; 8:42-64; 8:67-9:8; Fig. 4. |

| | | | | | |
|---|---|---|---|---|---|
| | performing storage operations; … wherein the at least one access right for performing storage operations determines which data a user within the group can access"<br><br>(claim 15) | **Structure:** '335 Patent at 6:10-7:23, 7:43-51, 8:42-9:16, Fig. 1, Fig. 4, and structural equivalents thereof. | | associates one or more users with at least one access right for performing storage operations; and wherein the at least one access right for performing storage operations determines which data a user within the group can access"<br><br>**Structure**: Indefinite | |
| '335 | "means for receiving a request from the user to perform a storage operation, wherein the storage operation is to create a secondary copy of a production data file"<br><br>(claim 15) | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** "receiving a request from the user to perform a storage operation"<br><br>**Structure:** '335 Patent at 6:10-7:23, 7:43-8:9 Fig. 1, Fig. 2, and structural equivalents thereof. | 6:10-7:23, Fig. 1, 7:43-8:9, Fig. 2 | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: "receiving a request from the user to perform a storage operation, wherein the storage operation is to create a secondary copy of a production data file"<br><br>**Structure**: Indefinite | '335 Patent at 6:20-36; 6:61-7:16; 7:52-8:9; Figs. 1, 2. |
| '335 | "means for causing a security system to be queried to determine access rights of the user, wherein the access rights relate to the user's rights to access the production | This term is subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function:** "causing a security system to be | 1:26-2:16, 2:51-55, 3:38-4:8, 4:27-57, 5:65-6:8, 6:10-7:23, Fig. 1, 7:43-8:9, Fig. 2 | These terms are subject to 35 U.S.C. § 112, ¶ 6.<br><br>**Function**: "causing a security system to be queried to determine access rights of the user, | '335 Patent at 5:37-42; 6:20-36; 6:61-7:16; 7:52-8:9; Figs. 1, 2. |

| | | | | |
|---|---|---|---|---|
| | data file" <br><br> "wherein the means for causing the security system to be queried to determine the access rights includes means for determining one or more computers through which the user has access" <br><br> (claim 15) | queried to determine access rights of the user" <br><br> **Structure:** '335 Patent at 6:10-7:23, 7:43-8:9 Fig. 1, Fig. 2, and structural equivalents thereof. | | wherein the access rights relate to the user's rights to access the production data file, and to determine one or more computers through which the user has access" <br><br> **Structure**: Indefinite <br><br> **Function**: "determining one or more computers through which the user has access" <br><br> **Structure**: Indefinite | |
| '335 | "means for causing the requested storage operation to be performed when the access rights permit the user to request the requested storage operation, … wherein the access rights permit the data management system to perform the requested storage operation if the production data file is | This term is subject to 35 U.S.C. § 112, ¶ 6. <br><br> **Function:** "causing the requested storage operation to be performed when the access rights permit the user to request the requested storage operation" <br><br> **Structure:** '335 Patent at 6:10-7:23, 7:43-8:9 Fig. 1, | 6:10-7:23, Fig. 1, 7:43-8:9, Fig. 2 | This term is subject to 35 U.S.C. § 112, ¶ 6. <br><br> **Function**: "causing the requested storage operation to be performed when the access rights permit the user to request the requested storage operation, wherein the access rights permit the data management system to perform the requested storage operation if the | '335 Patent at 5:37-42; 6:20-36; 6:61-7:16; 7:52-8:9; Figs. 1, 2. |

| | | | | |
|---|---|---|---|---|
| | associated with one of the determined one or more computers" (claim 15) | Fig. 2, and structural equivalents thereof. | | production data file is associated with one of the determined one or more computers" **Structure**: Indefinite | |
| '335 | "means for associating the created group with the user in the security system" (claim 15) | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "associating the created group with the user in the security system" **Structure:** '335 Patent at 6:10-7:23, 7:43-51, 8:42-9:16, Fig. 1, Fig. 4, and structural equivalents thereof. | 4:27-5:2, 5:15-36, 6:10-7:23, Fig. 1, 7:43-51, 8:42-9:16, Fig. 4 | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "associating the created group with the user in the security system" **Structure**: Indefinite | '335 Patent at 5:15-31; 6:61-7:16; 8:42-64; 8:67-9:8; Fig. 4. |
| '335 | "means for querying the security system to determine an email address associated with the user" (claim 17) | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "querying the security system to determine an email address associated with the user" **Structure:** '335 Patent at 5:36-52, 6:10-7:23, 7:43-51, 8:42-9:16, Fig. 1, Fig. 4, and structural equivalents thereof. | 4:9-26, 5:37-52, 5:36-52, 6:10-7:23, Fig. 1, 7:43-51, 8:42-9:16, Fig. 4 | This term is subject to 35 U.S.C. § 112, ¶ 6. **Function**: "querying the security system to determine an email address associated with the user" **Structure**: Indefinite | '335 Patent at 5:37-46; 6:20-36; 6:61-7:16; 7:52-8:9; Figs. 1, 2. |

| '048 | '048 Patent, claims 1, 8, 14 | Preamble is not limiting | Abstract; 1:31-3:34; 4:10-13:15; 14:13-57; 17:19-47; 35:20-39:39; 49:43-56:21; 56:33-63:26; Figs. 1A-1E, 3-6, and accompanying disclosure<br><br>Prosecution History of App. No. 15/334,127: Response to Office Action dated March 3, 2018 (June 29, 2018) | Preamble is limiting | '048 Patent at 2:20-37; 2:38-57; 3:4-18; 4:19-34; 53:1-56:21; Fig. 5; Cls. 1, 8, 14.<br><br>IPR2021-00609, Paper 6, at 7-23. |
| '048 | "storing the metadata in a database" (claims 1, 8, 14) | Plain and ordinary meaning | Abstract; 1:31-3:34; 4:10-13:15; 14:13-57; 17:19-47; 27:16-28:36; 35:20-39:39; 49:43-56:21; 56:33-63:26; Figs. 1A-1E, 3-6, and accompanying disclosure<br><br>Prosecution History of App. No. 15/334,127: Response to Office Action dated March | "storing the metadata in a database maintained by the virtual server agent" | '048 Patent at 2:1-3:34; 3:63-67, 4:1-6, 15:9-41, 16:4-41, 17:29-47, 51:15-18, 53:1-45, 53:56-54:8, 54:46-55:61, 59:9-21, Figs. 1C, 1D, 4-6,  Cls. 1, 4, 5, 8, 10, 11, 14, 16, 18; *see also* 2:1-3:35, 10:24-61; 56:55–64, 57:41-50; 57:58-58:9; 58:14-19; 58:26–51; 58:58-59:18; 59:28-40; 59:60-60:6; 60:26-41. |

| | | | 3, 2018 (June 29, 2018) | | |
|---|---|---|---|---|---|
| '048 | "each storage volume uniquely corresponds to one of the virtual machines" | "each storage volume stores data associated with only one virtual machine" | Abstract; 1:31-3:34; 4:10-13:15; 14:13-57; 17:19-47; 27:16-28:36; 35:20-39:39; 49:43-56:21; 56:33-63:26; Figs. 1A-1E, 3-6, and accompanying disclosure Prosecution History of App. No. 15/334,127: Response to Office Action dated March 3, 2018 (June 29, 2018) | No construction necessary  In the alternative: "each storage volume stores one virtual machine disk file" | '048 Patent at 1:41-54; 2:1-57; 7:29–43, 12:53–56, 49:45-50:12, 50:32-51:34, 51:51-67, 52:1-58; 56:37-50; 57:26-38; 57:58-58:9; 58:26-43; 58:58-59:10.  Application No. 15/334,127 File History, 3/30/2018 Non-Final Rejection at 2-5.  *See also* Application No. 15/334,127 File History, 6/29/2018 Amendment at 2, 4-6, 8–13.  *See also* U.S. Patent App. No. 2011/0107025 ("Urkude") at Abstract, [0036]-[0042], Fig. 4.  *See also* U.S. Patent App. No. 2010/0070726 ("Ngo") |

| | | | | at Abstract, [0036]-[0050], Fig. 4. |
|---|---|---|---|---|
| '048 | "wherein the snapshot copy operation is performed by one of the one or more physical computer storage devices"<br><br>('048 Patent, claims 1, 8, 14) | Plain and ordinary meaning | Abstract; 1:31-3:34; 4:10-13:15; 14:13-57; 17:19-47; 27:16-28:36; 35:20-39:39; 49:43-56:21; 56:33-63:26; Figs. 1A-1E, 3-6, and accompanying disclosure<br><br>Prosecution History of App. No. 15/334,127: Response to Office Action dated March 3, 2018 (June 29, 2018) | "wherein the snapshot copy operation is a hardware snapshot performed by one of the one or more physical computer storage devices"[4] | '048 Patent at 2:1-3:35, 4:17-30. 12:8-27, 27:16-59, 50:13-19, 51:35-42, 53:1-20, 53:56-54:8, 54:46-65, Figs. 3-5, Cls. 1-20.<br><br>Application No. 15/334,127 File History, 3/30/2018 Non-Final Rejection at 2-5.<br><br>Application No. 15/334,127 File History, 6/29/2018 Amendment at 2, 4-6, 8–13. |
| '657 | Claims 5, 21[5] | Preamble is not limiting | | Preamble is limiting | '657 Patent at Cls. 5, 21.<br><br>Application No. 15/258,252 File History, 8/10/2018 |

---

[4]   This construction is being offered on behalf of Rubrik only.

[5]   Claim 21 is not asserted against Cohesity.

| | | | | | Response to Rejection at 24-30. |
|---|---|---|---|---|---|
| '657 | "sub-object"<br><br>(claim 5) | Plain and ordinary meaning | 35:52-36:57 | "a set of blocks that forms of proper subset of all the blocks within a file or data object" | '657 Patent at 8:17-22, 16:30-39, 16:58-62, 25:62-26:24, 28:21-30, 35:52-36:57, Figs. 19, 20, Cls. 5, 6; *see also* 37:25-40:57, 42:26-36; 44:42-48; 48:3-7; 54:49-58; 56:23-30; 59:36-60:45.<br><br>Application No. 15/258,252 File History, 2/1/2018 Non-Final Rejection at 5.<br><br>Application No. 15/258,252 File History, 8/10/2018 Response to Rejection at 15. |
| '657 | "converting file system requests into application program interface calls associated with the cloud storage site"<br><br>(claims 5, 21) | Plain and ordinary meaning | Fig. 3A, 21:1-24:48 | "translating generic file system commands into the appropriate vendor-specific call for a target cloud storage site" | '657 Patent at 20:51-67, 21:1-3, 21:4-22:12, 23:37-24:27, 24:33-48, Fig. 3A, Cls. 1,5,7, 9, 22; *see also* 22:13-23:36, 83:47-61. |